UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Sharestates Investments, LL

*Plaintiff*

v.

WestRock Appraisal Service

*Defendant*

Civil Action No. 25-01590

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Sharestates Investments, LLC, is a non-governmental corporation and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Sharestates, Inc.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Signature of Attorney

1040 N. Kings Highway, Suite 200
Address

Cherry Hill, NJ 08034
City/State/Zip

3/3/25
Date