UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARESTATES INVESTMENTS, LLC<br><br>Plaintiff<br><br>v.<br><br>WESTROCK APPRAISAL SERVICES, INC. and STEVEN R. ROMER, MAI<br><br>Defendants. | Civil Action No. 1:25-cv-01590<br><br>APPLICATION FOR *PRO HAC VICE* ADMISSION OF WILLIAM M. RUDOW, ESQUIRE |

Plaintiff, Sharestates Investments, LLC ("Plaintiff") by and through his undersigned counsel, makes this application for entry of an order approving the admission of attorney William M. Rudow, Esq. ("Mr. Rudow") *pro hac vice*, pursuant to Local Civil Rule 101.1 of the United States District Court for the District Court of New Jersey (the "Application") and in support thereof respectively avers as follows:

1.   Mr. Rudow is in good standing of the bar of the states of Maryland and Utah, and the District of Columbia, of the firm Piel Law Firm, LLC with offices at 502 Washington Avenue, Suite 730, Towson, MD 21204, as counsel *pro hac vice* in this matter. *See* Rudow Cert. ¶ 2.

2.   Mr. Rudow is familiar with the facts and circumstances of this case. *See* Rudow Cert. ¶ 3.

3. Mr. Rudow is admitted to practice before the courts of the State of Maryland with Bar No. 198612010440, State of Utah with Bar No. 17725, and District of Columbia with Bar No. 417994. *See* Rudow Cert. ¶ 4.

4. Mr. Rudow is a member in good standing of the State Bar of Maryland, Utah and the District of Columbia, and also a member in good standing of all United States Courts to which he has been admitted to practice. *See* Rudow Cert. ¶ 5; **Ex. "A."**

5. Mr. Rudow is not under suspension or disbarment by any court. *See* Rudow Cert. ¶ 9.

6. Mr. Rudow desires to appear in this matter *pro hac vice* on behalf of Plaintiff. *See* Rudow Cert. ¶ 13.

7. The statements made in paragraphs 1 through 6 of this Application are made in reliance upon the Certification of William M. Rudow, Esq. and the exhibtis thereto, submitted therewith, and upon Mr. Rudow's personal knowledge.

8. In accordance with Local Civil Rule 101.1, Janet L. Gold, Esquire and Douglas J. Ferguson, Esq., or another Eisenberg, Gold & Agrawal, P.C. attorney who is a member of this bar, shall continue to appear as counsel of record for Plaintiff.

WHEREFORE, Plaintiff Sharestates Investments, LLC respectfully requests entry of an order in the form attached hereto granting the admission *pro hac vice* of

William M. Rudow, Esq. of Piel Law Firm, LLC, to appear and participate in the above-captioned cases before this Court.

                                                **EISENBERG, GOLD & AGRAWAL, P.C.**

Dated: April 15, 2025

Douglas J. Ferguson, Esq.
Janet L. Gold, Esq.
1040 N. Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
Tel: 856-330-6200
Email: jgold@egalawfirm.com
        djferguson@egalawfirm.com
Attorneys for Plaintiff